**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 12-7120**

———————————

UNITED STATES OF AMERICA,

               Plaintiff - Appellee,

     v.

DENNEVER LIVINGSTON,

               Defendant - Appellant.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Henry Coke Morgan, Jr., Senior District Judge.  (2:97-cr-00039-HCM-41)

———————————

Submitted:  November 20, 2012     Decided:  November 27, 2012

———————————

Before TRAXLER, Chief Judge, and SHEDD and FLOYD, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Dennever Livingston, Appellant Pro Se.  Howard Jacob Zlotnick, Assistant United States Attorney, Newport News, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dennever Livingston appeals the district court's order denying his motion to correct a clerical error. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Livingston</u>, No. 2:97-cr-00039-HCM-41 (E.D. Va. June 6, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>